Antquan Duipree Clay
FULL NAME

Antqvan Duipree Clay
COMMITTED NAME (if different)

West Valley Detention Center; 9500 N. Etiwanda
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Ave; Rancho Cucamonga, CA. 91739

BKn: 1505313044 / unit 11/C-4
PRISON NUMBER (if applicable)

Related DDJ

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MR. ANTQUAN DURPREE CLAY

PLAINTIFF,

v.

San Bernardino County; et. al. (W.V.D.C.)
Mr. John McMahon, J. Snyder,
E. patino

DEFENDANT(S).

CASE NUMBER
5:16-CV-01147-GHK-DFM
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? ___1___

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

civil No:. ED CV 15-02395-GHK (DFM)

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff **Mr. Antquan Dupree Clay**

   Defendants **San Bernadino County, et. al. (W.V.D.C.) Sheriff F. Harris, G. Foxwell, Long**

b. Court **U.S.D.C., Southern Division**
   **411 West Fourth st., ste. 1-053, Santa Ana, CA. 92701-4516**

c. Docket or case number **ED CV 15-02395-GHK (DFM)**

d. Name of judge to whom case was assigned **Mr. George H. King**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Yes**

f. Issues raised: _____

g. Approximate date of filing lawsuit: **Feb 5, 2016**

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not **Department of Risk management Case File No: 121575**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Antquan Dupree Clay**
(print plaintiff's name)

who presently resides at **9500 N. Etiwanda Ave, Rancho Cucamonga, CA. 91739**
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at **West Valley Detention Center**
(institution/city where violation occurred)

on (date or dates) __August 10, 2015__ , _____ , _____ .
                (Claim I)                  (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Mr. John McMahon__ (full name of first defendant) resides or works at __655 3rd St. San Bernardino, CA. 92415__ (full address of first defendant)
__(Sheriff)__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Failure to supervise, maintain the heads of compliance esp.__
__(classification dvsn) of protective Custody inmate while institutionalized__

2. Defendant __E. Patino__ (full name of first defendant) resides or works at __9500 N. Etiwanda Ave. Rancho Cucamonga, CA. 91739__ (full address of first defendant)
__(deputy Sheriff)__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Cal. pen. Code 8245 (A)(4) Assault w/ Deadly Weapon G.B.I. injuries__
__resulting in Hospitalization, while institutionalized__

3. Defendant __J. Snyder__ (full name of first defendant) resides or works at __9500 N. Etiwanda Ave. Rancho Cucamonga, CA. 91739__ (full address of first defendant)
__(deputy Sheriff)__ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Failure to protect, protective custody inmate, while institutionalized__
__245 (A).(1) G.B.I. injuries resulting Hospitalization__

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

U.S.C. §14th Amend. Substantial Due process; equal protection; by sheriff Mr. John McMahon. For Failure to supervise employees.

U.S.C. §14th Amend. Substantial Due process; cruel and brutal Force by E. patino For Cal. pen. code §245 (A)(4). ADW. While institutionalized, injuries resulting in hospitalization.

U.S.C. §14th Amend. Substantial Due process; equal protection; cruel and brutal Force by J. Snyder. For Failure to protect pre trial detainee while institutionalized. Cal. pen. code §245 (A)(1). injuries resulting in hospitalization.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1). Mr. John McMahon. Failed to supervise his deputies on August 10, 2015 when his S.C.S. worker Jane doe inadvertent or intentionally open cell door No. 6/B, in unit 6. To let two Inmates enter a inhabitant dwelling and Assault and batter The plaintiff. purposly creating a Emergency Medical situation that resulted in hospitalization. and (placing a p.c. in general population)

2). E. patino. From the Johnson door thereafter the Assault and battery transpired. Watched the two inmates retreat to their living cell. entered the Johnson door with there sheriffs and shot me with the tazer gun on the left side of the head.

3). J. Snyder. Failed to protect when he and other deputies watched two inmates assault and battered the plaintiff. then retreat to their living cell From the Johnson door.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

punitive relief in the amount of $64 million. From Mr. John McMahan, sued in his individual capacity.

Compensatory relief in the amount of $250,000.00. $ From Mr. John McMahan, sued in his individual capacity.

punitive relief in the amount of $29 million. From E. patino, sued in his individual capacity.

Compensatory relief in the amount of $250,000.00 $. From E. patino, sued in his individual capacity.

punitive relief in the amount of $6 million. From Mr. J. Snyder, sued in his individual capacity.

Compensatory relief in the amount of $500,000.00 $. From Mr. J. Snyder, sued in his individual capacity.

The plaintiff's requesting a Temporary restraining order be issued to the defendants for the duration of this civil cause.

5/24/2016
(Date)

(Signature of Plaintiff)

| Short Title: [illegible handwriting] | Court Case No: ? |
|---|---|

# Proof of Service By Mail

I am over the age of 18 and a party / ~~not a party~~ (mark one out) to the cause.

I am a resident of or employed in the county where the mailing occurred. My residence or business address is (specify):

I served the attached: 42 U.S.C. §1983 Form...

By enclosing true copies in a sealed envelope addressed to each person whose name and address is given below and depositing the envelopes in the United States mail with the postage fully prepaid.

1) Date of deposit: May 24, 2016  2) Place of deposit (city and state): Rancho Cucamonga, California

NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED:

The Honorable Mr. George H. King
United States District Court
Central District of California
312 N. Spring St. Room G-8
Los Angeles, California 90012

I certify under penalty of perjury that the foregoing is true and correct.

Date: 5/24/2016

▶ Antwuan Dupree Clay           ▶ [signature]
(TYPE OR PRINT NAME)              (SIGNATURE OF DECLARANT)

TO: Anglerson Linguisten Abery
BKN: 1585949049
West Valley Detention Center
9500 N. Etiwanda Ave.
Rancho Cucamonga, CA. 91730
unit 1112/14

Confidential Legal Mail Dated: May 24, 2016

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012



RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

J. HEENEY 66197

Case 5:16-cv-01147-GHK-DFM   Document 1   Filed 06/02/16   Page 9 of 9   Page ID #:9

J. HEENEY 66197