UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>　　　　Defendants. | No. ED CV 16-01147-AG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Plaintiff's federal constitutional claims against Defendants Sheriff McMahon, Jane Doe, and San Bernardino County are dismissed with prejudice.

///

3. Plaintiff's claims based upon violations of California Penal Code Section 245(A)(1) are dismissed with prejudice.

4. Plaintiff's remaining state-law claims are dismissed without prejudice.

5. The Magistrate Judge is directed to order the United States Marshal to serve the Third Amended Complaint on Defendant Patino.

Dated: 4/29/18

_____
ANDREW J. GUILFORD
United States District Judge