UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>　　　　Defendants. | No. ED CV 16-01147-AG (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

*///*

*///*

*///*

*///*

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: September 28, 2018

_____
ANDREW J. GUILFORD
United States District Judge