JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>       Plaintiff,<br><br>       v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>       Defendants. | No. ED CV 16-01147-AG (DFM)<br><br>JUDGMENT |

      Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the entire action is dismissed without prejudice.

Dated: September 28, 2018

_____
ANDREW J. GUILFORD
United States District Judge